IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HARTMUT WRIGHT, | § |
| *Plaintiff,* | § |
| v. | § CASE NO. 2:09-CV-297-TJW |
| REMINGTON ARMS COMPANY, INC., | § |
| *Defendant.* | § |

## ORDER

Before the Court is Defendant's 28 U.S.C. § 1404(a) Motion to Transfer Venue (Dkt. No. 4). The Court, having been apprised that the Plaintiff no longer objects to such relief, hereby ORDERS as follows:

Defendant's Motion to Transfer is GRANTED and this action is hereby transferred to the United States District Court for the District of Colorado. The clerk of the Court shall effect the transfer in accordance with the usual procedure.

IT IS SO ORDERED.

SIGNED this 6th day of January, 2010.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE